IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02555-RPM

STEPHEN E. BERKEN,

    Plaintiff,

v.

MICHAEL JUDE, a/k/a Michel Jude Hens, and
JUDE LAW, LLC,

    Defendants.

_____

ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
_____

    On October 16, 2012, the plaintiff filed a motion for a temporary restraining order. Upon review of that pleading, it is insufficient to comply with the standard for issuance of a temporary restraining order and it is therefore

    ORDERED that the motion is denied.

    DATED: October 25th, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge