**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                    September 30, 2013
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 12-cv-02555-RPM

| | |
|---|---|
| STEPHEN E. BERKEN, | Richard B. Wynkoop |
| | Matthew R. Osborne |
| Plaintiff, | |
| v. | |
| MICHAEL JUDE, a/k/a Michael Jude Hens and JUDE LAW, LLC., | Alan D. Avery |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**10:00 a.m.        Court in session.**

Plaintiff present.

Court's preliminary remarks.

10:04 a.m.        Mr. Avery describes defendant's business practice with respect to advertisement and answers questions.

Argument by Mr. Avery.

10:26 a.m.        Argument by Mr. Wynkoop.

10:49 a.m.        Rebuttal argument by Mr. Avery.

10:51 a.m.        Mr. Wynkoop answers further questions asked by the Court.

Argument by Mr. Wynkoop in support of plaintiff's CCPA claim.

Court's statement regarding not exercising supplemental jurisdiction,

**ORDERED:     Defendants' Motion for Summary Judgment [24], is taken under advisement.**

**11:00 a.m.     Court in recess.**     Hearing concluded.  Total time: 1 hr.