IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02555-RPM

STEPHEN E. BERKEN,

    Plaintiff,

v.

MICHAEL JUDE, individually, and
JUDE LAW, LLC, a Colorado limited liability company,

    Defendants.

_____

## Amended JUDGMENT
_____

    Pursuant to the Memorandum Opinion and Order entered by Senior Judge Richard P. Matsch today, it is

    ORDERED AND ADJUDGED that this civil action is dismissed. Defendants are awarded costs upon the filing of a bill of costs within 14 days.

    DATED: November 22, 2013

                                FOR THE COURT:

                                JEFFREY P. COLWELL, Clerk

                                        s/M. V. Wentz
                          By_____
                                         Deputy